HENRY A. UTERHART, as Receiver of the SOUTH SHORE THRIFT CORPORATION, Respondent, v. NATIONAL BANK OF FAR ROCKAWAY and JOHN R. BURTON, Appellants, and Others, Defendants. (Action No. 2.) — Order granting plaintiff's motion for examination of a witness before trial modified by striking out items (a) to (e), inclusive, and as so modified affirmed, without costs. The items mentioned pertain only to hearsay testimony not material and necessary on the trial. Item (f) relates to conversations with the officers of defendant bank in which admissions pertinent to the issues may be obtained. The facts presented warranted the exercise of discretion at Special Term in granting the examination in this respect. (*Bloede Co.* v. *Devine Co.*, 211 App. Div. 180; *Bartlett* v. *Sanford*, 244 id. 722.) The witness may produce his records to aid his recollection on these subjects. Settle order on notice, in which an officer will be appointed before whom the examination will be had, and a date fixed for such examination. Motion to dismiss appeal dismissed, without costs. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

### (November 14, 1938.)

THE BOWERY SAVINGS BANK, Appellant, v. PLYMOUTH COLONY CORPORATION, HAROLD WALTERS and THE TOWN OF HEMPSTEAD, Interpleaded, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ. On the court's own motion, the order entered October 6, 1938, on the decision of June 6, 1938 [254 App. Div. 870], is resettled so as to eliminate as unnecessary, in view of the basis of our decision, conclusions of law numbered 1, 2 and 3. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

SIDNEY A. CLARKSON, as Executor, etc., of MARY J. LUSHER, Deceased, Respondent, v. WALTER R. LUSHER, Individually and as Executor, etc., of MARY J. LUSHER, Deceased, Appellant.— Motion referred to the court that rendered the decision on the appeal. [See *ante*, p. 705.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ. The motion to resettle the order of July 1, 1938, is granted and the order is resettled so as to provide that findings of fact Nos. 5, 7, 12, 13, 14, 16, 17, 26, 34, 47, 61, 80, 81 and 82 and additional conclusions of law Nos. 1, 2, 4 and 5 are reversed. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ. Settle order on notice.

D'AVELLA MACARONI CO., INC., Respondent, v. ALBERT A. KLEIN, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.